# U.S. DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

**UNITED STATES OF AMERICA**

        **Plaintiff,**

v.                                            **Case No. 21-mj -30421**
                                                 Mag. Anthony Patti

**SOPHIA MARTINI**

        **Defendant.**

_____/

| UNITED STATES ATTORNEY | AMBERG & AMBERG, PLLC |
|---|---|
| Thomas Franzinger | James W. Amberg (P68564) |
| Attorneys for the Government | Attorneys for Ms. Martini |
| 211 W. Fort Street, Suite 2001 | 32121 Woodward Ave, Ste PH |
| Detroit, MI | Royal Oak, MI 48073 |
| 313.226.9100 office | 248.681.6255 office |
|  | 248.681.0115 fax |
|  | www.amberglaw.net |

_____/

## STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY

    By their respective signatures below, Benton Martin and James W. Amberg, hereby stipulate and agree that Attorney James Amberg substitute as counsel of record for Defendant Sophia Martini in place of Attorney Benton Martin.

    **IT IS ORDERED** that James Amberg be substituted as counsel of record for Defendant Sophia Martini, in place and instead of Benton Martin effective upon entry of this Order.

                                                      **SO ORDERED.**

Dated: September 15, 2021                 s/Anthony P. Patti
                                                      Anthony M. Patti
                                                      US Magistrate Judge

AMBERG & AMBERG, PLLC
ATTORNEYS AND COUNSELORS
32121 WOODWARD AVENUE, PH
ROYAL OAK, MI 48073
WWW.AMBERGLAW.NET
(248) 681-6255

We hereby stipulate to entry of the above order:

| | |
|---|---|
| */s/ Benton Martin (w permission)* | */s/ James Amberg* |
| Benton Martin | James Amberg (P68564) |
| FDO | Amberg & Amberg, PLLC |
| 613 Abbott St. | 32121 Woodward, Suite PH |
| Detroit, MI 48226 | Royal Oak, MI 48073 |

AMBERG & AMBERG, PLLC
ATTORNEYS AND COUNSELORS
32121 WOODWARD AVENUE, PH
ROYAL OAK, MI 48073
WWW.AMBERGLAW.NET

(248) 681-6255

2