UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        No. 21-mj-30421

-vs-

Sophia Martini,

        Defendant.

_____/

**STIPULATION TO ADJOURN PRELIMINARY EXAM AND FOR FINDING OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT**

The United States of America and the defendant, by and through its undersigned attorneys, move for an adjournment of the preliminary hearing and an ends-of-justice continuance under the Speedy Trial Act. In support, the parties state as follows:

1. Defendant Sophia Martini made her initial appearances on a complaint on September 1, 2021. She was released on bond, and the preliminary exam was scheduled for September 21, 2021.

2. The government and the defendant are engaged in pre-indictment plea negotiations, reviewing discovery, and conducting investigations. The parties wish to continue these endeavors through at least October 21, 2021. The parties agree that this constitutes good cause for an adjournment of the preliminary hearing,

taking into account the public interest in the prompt disposition of criminal cases. *See* Fed. R. Crim. P. 5.1(d).

3. The parties also agree that the ends of justice served by granting an adjournment and excluding the time from calculation for defendant's investigation and plea negotiations outweigh the best interests of the public and the defendant in a speedy trial and that, therefore, the period from September 21, 2021 through October 21, 2021, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. §§ 3161(b), 3161(h)(7).In light of the above, the government submits that there is good cause to adjourn the preliminary hearing.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

*s/Thomas Franzinger*
Thomas Franzinger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Thomas.franzinger2@usdoj.gov
(313) 226-9774

Dated: September 21, 2021

*s/James Amberg (w/consent)*
James Amberg
Attorney for Sophia Martini/Gjonaj
Amberg & Amberg
104 W. 4th St. #305
Royal Oak, MI 48067
jamberg@amberglaw.net
(248) 681-6255

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        No. 21-mj-30421

-vs-

Sophia Martini,

        Defendant.

_____/

## **ORDER**

This matter coming before the Court on the stipulation of the government and defendant Sophia Martini, for the reasons stated in the stipulation, the Court

(1) finds that the parties have been engaged in and will continue to be engaged in pre-indictment investigations and plea negotiations from September 21, 2021 through October 21, 2021;

(2) finds that this constitutes good cause for the adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases, see Fed. R. Crim. P. 5.1(d);

(3) adjourns the preliminary hearing in this case from September 21, 2021, through October 21, 2021;

(4) finds that the ends of justice served by granting an adjournment and excluding the time from calculation outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7); and

(5) determines that the period from September 21, 2021 through October 21, 2021, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).

**s/KIMBERLY G. ALTMAN**
Hon. Kimberly G. Altman
United States Magistrate Judge

Entered: September 21, 2021